**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **ALLSTATE INSURANCE CO.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **CAUSE NO.  1:04-cv-272-VSS-SEB** |
| | ) |
| **MARY OWINGS, et al.,** | ) |
| | ) |
| **Defendants.** | ) |

**<u>JUDGMENT</u>**

Pursuant to the court's Entry this dating granting summary judgment in favor of plaintiff Allstate Insurance Company ("Allstate") and against remaining defendants Matt Gross, Carolyn Gross, and Auto-Owners Insurance Company ("AOIC"), judgment is hereby entered in favor of Allstate as follows:   Allstate has no duty under its Allstate Auto Insurance Policy No. 0 12 508011, issued to Mary Owings as the named insured, with effective dates of coverage of March 5, 2002, through September 5, 2002, to indemnify Ms. Owings or David L. Dean against any judgment rendered against them in connection with the following litigation: "*Matt Gross and Carolyn Gross, Plaintiffs, vs. David L. Dean, II, Mary Owings and Auto-Owners Insurance Company, Defendants,*" Cause No. 73C01-0212-CT-34, Shelby Circuit Court.

SO ORDERED:  03/10/2006

*V. Sue Shields*

V. Sue Shields, Magistrate Judge

Copies to all counsel of record registered to receive notice electronically